**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**TREMEL MARQUIS ROSSER,**

**Plaintiff(s),**

**Case No. 2:25cv510**

**CHRIS BARGERY, *et al.*,**

**Defendant(s),**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this case is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DATED: October 6, 2025

FERNANDO GALINDO, Clerk

By: /s/
E. Price, Deputy Clerk