UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
____________________ DIVISION

FILED
OCT 20 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Plaintiff(s)
Tremel Rosser

v.

CIVIL ACTION NO. 2:25-cv-00810 JKW-RJK

CRIMINAL NO. ________________

Defendant(s)
Burgery

NOTICE OF APPEAL

Notice is hereby given that

Tremel Rosser above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 20 day of October 20 25

[signature]
Attorney or Pro Se Appellant

1683 Guthrie St
Va. Beach, VA. 23464
Address

Dated: 10/20/2025